## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| MARVIN DOVBERG, individually, and on behalf of all others similarly situated, | Case No. 1:26-cv-03092-MHC |
| Plaintiff, | |
| v. | |
| ERMI LLC, | |
| Defendant. | |
| STEVEN ODONNELL, individually and on behalf of all others similarly situated, | Case No. 1:26-cv-03111-MHC |
| Plaintiff, | |
| v. | |
| ERMI, LLC, | |
| Defendant. | |

| | |
|---|---|
| SHAIL RAFIQ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ERMI, LLC,<br><br>Defendant. | Case No. 1:26-cv-03120-MHC |
| ADAM WILKIE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ERMI, LLC,<br><br>Defendant. | Case No. 1:26-cv-03134-MHC |
| MARTIN JARMULOWICZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ERMI LLC,<br><br>Defendant. | Case No. 1:26-cv-03144-MHC |

| | |
|---|---|
| CHELSEA CANTU and JAYNE PARKS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ERMI LLC,<br><br>Defendant. | Case No. 1:26-cv-03158-MHC |
| EDWARD GARR, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ERMI, LLC,<br><br>Defendant. | Case No. 1:26-cv-03173-MHC |

**ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE RELATED ACTIONS AND SET A BRIEFING SCHEDULE**

**WHEREAS**, Plaintiffs Marvin Dovberg, Steven ODonnell, Shail Rafiq, Adam Wilkie, Martin Jarmulowicz, Chelsea Cantu, Jayne Parks, and Edward Garr (collectively "Plaintiffs") have moved (the "Motion") for consolidation of their actions under Fed. R. Civ. P. 42(a); and

**WHEREAS**, the Court has carefully reviewed the motion and proposal of

the parties, including all files, records, and prior proceedings to date in this matter, and good cause appearing based on the record, **IT IS ORDERED** that Plaintiffs' Motion is GRANTED as follows:

1.      The above-captioned actions shall be CONSOLIDATED for all purposes into the *Dovberg* action, which is the lowest numbered case. All future pleadings, motions, briefs, and other papers shall be filed in the *Dovberg* action, Case No. 1:26-cv-03092-MHC, which shall hereinafter be a Consolidated Action. The Clerk is DIRECTED to close the remaining action(s).

2.      All papers filed in the Consolidated Action shall be filed under Case No. 1:26-cv-03092-MHC, the number assigned to the first-filed case, and shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| IN RE: ERMI, LLC DATA BREACH LITIGATION | CASE NO: 1:26-cv-03092-MHC |

3.      Each new case that arises out of the subject matter of the Consolidated Action which is filed in or transferred to this Court, shall be consolidated with the Consolidated Action and this Order shall apply thereto, unless a party objects to consolidation, as provided for herein, or any provision of this Order, within 10 days after the date upon which a copy of this Order is served on counsel for such

party, by filing an application for relief and this Court deems it appropriate to grant such application. Nothing in the forgoing shall be construed as a waiver of Defendant's right to object to consolidation of any subsequently-filed or transferred related action.

4.     Motions for appointment of interim class counsel are due within 7 days of this Order.

5.     Plaintiffs shall file a consolidated complaint no later than 45 days after the Court appoints interim class counsel.

6.     Unless otherwise ordered, Defendant shall respond to the consolidated complaint as set forth in the Federal Rules of Civil Procedure for responding to an amended pleading.

7.     This Order shall apply to the above-captioned matters, any subsequently consolidated action, any actions consolidated with the above-captioned matters, and any actions filed in or transferred or removed to this Court relating to the fact and the data breach underlying this litigation.

8.     This Order shall apply to any action filed in, transferred to, or removed to this Court which relates to the subject matter at issue in this case.

**IT IS SO ORDERED**

Date: June 23, 2026

_____
HON. MARK H. COHEN
DISTRICT COURT JUDGE